

**NUMBER 13-19-00316-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF A.G. AND C.M.G, CHILDREN.

**On appeal from the 398th District Court
of Hidalgo County, Texas.**

# ORDER

**Before Justices Benavides, Longoria, and Perkes
Order Per Curiam**

Appellant Arthur Fred Garza appealed a default judgment establishing the parent-child relationship entered by the 398th District Court of Hidalgo County, Texas in cause number F-4874-18-I. We previously dismissed this appeal for want of prosecution because appellant failed to pay the filing fee for the appeal. *See In re A.G.*, No. 13-19-00316-CV, 2019 WL 4493704, at *1 (Tex. App.—Corpus Christi–Edinburg Sept. 19, 2019, no pet. h.) (mem. op.). Appellant has now filed a verified motion for reconsideration, rehearing, and reinstatement. According to appellant's motion, he was entitled to

proceed with this appeal as an indigent who was excused from paying the filing fees, and the trial court clerk failed to forward the proper documentation establishing his indigency to this Court.

The Court, having fully examined and considered appellant's motion for rehearing is of the opinion that, in the interest of justice, appellant's motion for rehearing should be granted. *See generally* TEX. R. APP. P. 2, 20, 44.3. Accordingly, we grant appellant's motion for rehearing and we withdraw our previous opinion and judgment. This appeal remains pending before the Court and will proceed in accordance with the timelines established by the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed the
17th day of December, 2019.